United States Bankruptcy Court For the
District of Maryland
At Greenbelt

Angelia Y. Hawkes
(fka. Angelia Y Saunders)
Plaintiff

v.

Joseph E. Saunders
Defendant

Case No: 13-18333

FILED
NOV 12 2013
CLERK U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Adversary No. 13-00453

Plaintiff's Answer to Counterclaim

RECEIVED
NOV 12 2013
U.S. B...
DISTRIC...
GREEN...

## Plaintiff's Answer to Counterclaim

FILED
NOV 12 2013

To the extent that the defendant, Joseph E. Saunders has filed a counterclaim all of his assertions are denied and states no basis for a claim of relief. Wherefore, please dismiss his alledged counterclaim.

## Certificate of Service

I certify that on this day 7th of November 2013, a true and accurate copy of the ~~Plaintiff's Response~~ ~~to First Set~~ foregoing pleading was sent to:

Joseph E. Saunders
45221 Woodstown Way
California, MD 20619

*Angelia Hawkes*
Angelia Hawkes