

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOSEPH E. SAUNDERS | : | Case No. 13-18333PM |
|     Debtor | : | Chapter 7 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| ANGELIA Y. HAWKES | : | |
|     Plaintiff | : | |
| vs. | : | Adversary No. 13-00453PM |
| | : | |
| JOSEPH E. SAUNDERS | : | |
|     Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### ORDER ON COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND COUNTERCLAIM

For the reasons stated in the Memorandum of Decision filed herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the judgment entered in favor of the Plaintiff and against the Defendant in the amount of $7,500.00 by the Circuit Court of Fairfax County, Virginia, in Case No. 2011-14277, entered July 16, 2012, is excepted from the Defendant's discharge under 11 U.S.C. § 523(a)(15); and it is further

ORDERED that judgment is entered in favor of the Defendant and against the Plaintiff in the amount of $3,000.00 on account of the Plaintiff's knowing violation of the automatic stay, which may be satisfied as a credit against the state court judgment.

cc:    Angelia Y Hawkes
13493 Wansteadt Place
Bristow, VA 20136

Joseph E Saunders
45221 Woodstown Way
California, MD 20619

**End of Order**